IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **ESTATE OF MICHAEL LEE, et al.,**<br><br>                                          Plaintiffs,<br><br>v.<br><br>**CALIFORNIA DEPARTMENT OF CORRECTIONS AND REHABILITATION, et al.,**<br><br>                                          Defendants. | Case No. 2:20-cv-01161-JAM-CKD<br><br>**ORDER GRANTING DEFENDANT CDCR'S FIRST REQUEST FOR AN EXTENSION OF TIME TO FILE A RESPONSIVE PLEADING** |

  Good cause appearing, Defendant CDCR's First Request for an Extension of Time to File a Responsive Pleading is GRANTED.  Defendant CDCR's responsive pleading may be filed on or before **August 26, 2020**.


Dated:  July 24, 2020                                       /s/ John A. Mendez
                                                                          The Honorable John A. Mendez
                                                                          United States District Court Judge

1