XAVIER BECERRA, State Bar No. 118517
Attorney General of California
JOSEPH R. WHEELER, State Bar No. 216721
Supervising Deputy Attorney General
JAIME M. GANSON, State Bar No. 230206
Deputy Attorney General
MARTHA EHLENBACH, State Bar No. 291582
Deputy Attorney General
 1300 I Street, Suite 125
 P.O. Box 944255
 Sacramento, CA 94244-2550
 Telephone: (916) 210-7314
 Fax: (916) 324-5205
 E-mail: Martha.Ehlenbach@doj.ca.gov
*Attorneys for Defendants CDCR, Allison, Anderson, Austin, Diaz, Edmonds, Gipson, Gutierrez, Kernan, Kraschel, Lozano, McGee, Newton, Nocerino, Page-Pressley, Ramachandran, Surprise, Tebrock, Toche, and Walker[1]*

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| **ESTATE OF MICHAEL LEE, et al.,**<br><br>Plaintiffs,<br><br>v.<br><br>**CALIFORNIA DEPARTMENT OF CORRECTIONS AND REHABILITATION, et al.,**<br><br>Defendants. | Case No. 2:20-cv-01161-JAM-CKD<br><br>**STIPULATION AND ORDER TO EXTEND TIME FOR DEFENDANTS ANDERSON, EDMONDS, GUTIERREZ, KRASCHEL, MCGEE, NEWTON, NOCERINO, PAGE-PRESSLEY, RAMACHANDRAN, SHEFFIELD, SURPRISE, AND WALKER TO RESPOND TO THE COMPLAINT**<br><br>Trial Date:   Not Set<br>Action Filed:  June 9, 2020 |

**STIPULATION**

Plaintiffs Estate of Lee and Mary Sandy, and Defendants Anderson, Edmonds, Gutierrez, Kraschel, McGee, Newton, Nocerino, Page-Pressley, Ramachandran, Sheffield, Surprise, and Walker stipulate under Local Rule 144(a) to a thirty-three-day extension of time for Defendants

---

[1] The Attorney General's Office currently represents the above-named Defendants, but does not currently represent Defendant Sheffield. Therefore, this stipulation is being made as to Defendant Sheffield by special appearance.

1

Anderson, Edmonds, Gutierrez, Kraschel, McGee, Newton, Nocerino, Page-Pressley, Ramachandran, Sheffield, Surprise, and Walker to respond to Plaintiff's complaint.  These Defendants were served on July 30, 2020, with a responsive pleading presently due on August 20, 2020.

Defendants Anderson, Edmonds, Gutierrez, Kraschel, McGee, Newton, Nocerino, Page-Pressley, Ramachandran, Sheffield, Surprise, and Walker have not received any previous extensions of time.  Under this stipulation, Defendants Anderson, Edmonds, Gutierrez, Kraschel, McGee, Newton, Nocerino, Page-Pressley, Ramachandran, Sheffield, Surprise, and Walker will respond to the complaint on or before September 28, 2020.

The parties also stipulate that Defendants will notice any Rule 12 motion for hearing not less than forty-two days after the day on which the motion is filed.

Dated:  August 19, 2020                      Respectfully submitted,

                                             HADSELL STORMER & RENICK LLP

                                             */s/ Brian Olney*

                                             BRIAN OLNEY
                                             *Attorney for Plaintiffs (as authorized on August 19, 2020)[2]*

Dated:  August 19, 2020                      XAVIER BECERRA
                                             Attorney General of California
                                             JOSEPH R. WHEELER
                                             Supervising Deputy Attorney General
                                             JAIME M. GANSON
                                             Deputy Attorney General


                                             */s/ Martha Ehlenbach*

                                             MARTHA EHLENBACH
                                             Deputy Attorney General
                                             *Attorneys for Defendants CDCR, Allison, Anderson, Austin, Diaz, Edmonds, Gipson, Gutierrez, Kernan, Kraschel, Lozano, McGee, Newton, Nocerino, Page-Pressley, Ramachandran, Surprise, Tebrock, Toche, and Walker*

---

[2] Plaintiffs' counsel gave his permission to affix his electronic signature to this stipulation by email.  E.D. Cal. L.R. 131(e).

**ORDER**

**IT IS SO ORDERED.**

Dated:  August 19, 2020                           /s/ John A. Mendez
                                                                 The Honorable John A. Mendez
                                                                  United States District Court Judge

SA2020302212
34327171.docx