XAVIER BECERRA, State Bar No. 118517
Attorney General of California
JOSEPH R. WHEELER, State Bar No. 216721
Supervising Deputy Attorney General
JAIME M. GANSON, State Bar No. 230206
Deputy Attorney General
MARTHA EHLENBACH, State Bar No. 291582
Deputy Attorney General
 1300 I Street, Suite 125
 P.O. Box 944255
 Sacramento, CA 94244-2550
 Telephone: (916) 210-7314
 Fax: (916) 324-5205
 E-mail: Martha.Ehlenbach@doj.ca.gov
*Attorneys for Defendants CDCR, Allison, Anderson, Austin, Diaz, Edmonds, Gipson, Gutierrez, Kernan, Kraschel, Lozano, McGee, Newton, Nocerino, Page-Pressley, Ramachandran, Sheffield, Surprise, Tebrock, Toche, and Walker*

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| **ESTATE OF MICHAEL LEE, et al.,**<br><br>Plaintiffs,<br><br>v.<br><br>**CALIFORNIA DEPARTMENT OF CORRECTIONS AND REHABILITATION, et al.,**<br><br>Defendants. | Case No. 2:20-cv-01161-JAM-CKD<br><br>**STIPULATION AND ORDER TO EXTEND TIME FOR DEFENDANT CDCR TO RESPOND TO THE COMPLAINT**<br><br>Judge: The Honorable John A. Mendez<br>Trial Date: Not Set<br>Action Filed: June 9, 2020 |

**STIPULATION**

Plaintiffs Estate of Lee and Mary Sandy, and Defendants CDCR, Allison, Anderson, Austin, Diaz, Edmonds, Gipson, Gutierrez, Kernan, Kraschel, Lozano, McGee, Newton, Nocerino, Page-Pressley, Ramachandran, Sheffield, Surprise, Tebrock, Toche, and Walker stipulate under Local Rule 144(a) to nine-day extension of time for Defendant CDCR to respond

/ / /

to Plaintiff's complaint.  Defendant CDCR's responsive pleading is currently due on August 26, 2020.

Defendant CDCR has previously received one thirty-day extension of time to respond to the complaint.  (Order, ECF No. 11.)  Under this stipulation, Defendant CDCR will respond to the complaint on or before September 4, 2020.

The parties also stipulate that Defendant CDCR will notice any Rule 12 motion for hearing not less than thirty-five days after the day on which the motion is filed.

Dated:  August 26, 2020                                   Respectfully submitted,

                                                          HADSELL STORMER & RENICK LLP

                                                          ***/s/ Brian Olney***

                                                          BRIAN OLNEY
                                                          *Attorney for Plaintiffs (as authorized on August 26, 2020)[1]*

Dated:  August 26, 2020                                   XAVIER BECERRA
                                                          Attorney General of California
                                                          JOSEPH R. WHEELER
                                                          Supervising Deputy Attorney General
                                                          JAIME M. GANSON
                                                          Deputy Attorney General


                                                          ***/s/ Martha Ehlenbach***

                                                          MARTHA EHLENBACH
                                                          Deputy Attorney General
                                                          *Attorneys for Defendants CDCR, Allison, Anderson, Austin, Diaz, Edmonds, Gipson, Gutierrez, Kernan, Kraschel, Lozano, McGee, Newton, Nocerino, Page-Pressley, Ramachandran, Sheffield, Surprise, Tebrock, Toche, and Walker*

SA2020302212
34348726.docx

---

[1] Plaintiffs' counsel gave his permission to affix his electronic signature to this stipulation by email.  E.D. Cal. L.R. 131(e).

2

Stipulation and [Proposed] Order (Case No. 2:20-cv-01161-JAM-CKD)

**ORDER**

**IT IS SO ORDERED.**

Dated:  August 26, 2020                                            /s/ John A. Mendez_____
                                                                                    The Honorable John A. Mendez
                                                                                     United States District Court Judge

3