IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **ESTATE OF MICHAEL LEE, et al.,**<br><br>Plaintiffs,<br><br>v.<br><br>**CALIFORNIA DEPARTMENT OF CORRECTIONS AND REHABILITATION, et al.,**<br><br>Defendants. | Case No. 2:20-cv-01161-JAM-CKD<br><br>**ORDER** |

Good cause appearing, Defendant Freiha's first request for an extension of time to file a responsive pleading is GRANTED. Defendant shall respond to the complaint on or before September 28, 2020.

Dated: 9/9/2020                           /s/ John A. Mendez_____
                                                   The Honorable John A. Mendez

1