IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **ESTATE OF MICHAEL LEE, et al.,** | Case No. 2:20-cv-01161-JAM-CKD |
| Plaintiffs, | **ORDER** |
| v. | |
| **CALIFORNIA DEPARTMENT OF CORRECTIONS AND REHABILITATION, et al.,** | |
| Defendants. | |

Good cause appearing, the 14-day deadline for providing initial disclosures under Federal Rule of Civil Procedure 26 is vacated. The Court will reset the deadline in its scheduling order.

Dated: 9/11/2020            /s/ John A. Mendez
                            Honorable John. A. Mendez

# CERTIFICATE OF SERVICE

**Case Name:** *Estate of Michael Lee, et al. v. California Department of Corrections and Rehabilitation, et al.*

**Case No.:**    **2:20-cv-01161-JAM-CKD**

I hereby certify that on **September 10, 2020**, I electronically filed the following documents with the Clerk of the Court by using the CM/ECF system:

> **[PROPOSED] ORDER**

I certify that **all** participants in the case are registered CM/ECF users and that service will be accomplished by the CM/ECF system.

I declare under penalty of perjury under the laws of the State of California and the United States of America the foregoing is true and correct and that this declaration was executed on **September 10, 2020**, at Sacramento, California.

| D. Kulczyk | */s/ D. Kulczyk* |
|---|---|
| Declarant | Signature |