IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **ESTATE OF MICHAEL LEE, et al.,**<br><br>Plaintiffs,<br><br>v.<br><br>**CALIFORNIA DEPARTMENT OF CORRECTIONS AND REHABILITATION, et al.,**<br><br>Defendants. | Case No. 2:20-cv-01161-JAM-CKD<br><br>**ORDER GRANTING DEFENDANTS' REQUEST FOR AN EXTENSION OF TIME** |

Good cause appearing, Defendants' request for an extension of time to file a responsive pleading is GRANTED. Defendants Allison, Anderson, Austin, Diaz, Edmonds, Flynn, Freiha, Gipson, Gutierrez, Kernan, Kraschel, Lozano, McGee, Mims, Newton, Nocerino, Page-Pressley, Ramachandran, Sheffield, Surprise, Tebrock, Toche, and Walker shall respond to the complaint on or before November 12, 2020.

Dated: 9/28/20                                    /s/ John A. Mendez_____
                                                  The Honorable John A. Mendez