1  Xavier Becerra, State Bar No. 118517
   Attorney General of California
2  Joseph R. Wheeler, State Bar No. 216721
   Supervising Deputy Attorney General
3  Jaime M. Ganson, State Bar No. 230206
   Deputy Attorney General
4  Martha Ehlenbach, State Bar No. 291582
   Deputy Attorney General
5    1300 I Street, Suite 125
     P.O. Box 944255
6    Sacramento, CA 94244-2550
     Telephone: (916) 210-7314
7    Fax: (916) 324-5205
     E-mail: Martha.Ehlenbach@doj.ca.gov
8  *Attorneys for Defendants CDCR, Allison, Anderson,*
   *Austin, Diaz, Edmonds, Flynn, Freiha, Gipson,*
9  *Gutierrez, Harrison,[1] Kernan, Kraschel, Lozano,*
   *McGee, Mims, Newton, Nocerino, Page-Pressley,*
10 *Ramachandran, Sheffield, Surprise, Tebrock, Toche,*
   *and Walker*

11                 IN THE UNITED STATES DISTRICT COURT

12               FOR THE EASTERN DISTRICT OF CALIFORNIA

13                        SACRAMENTO DIVISION

14

15 | **ESTATE OF MICHAEL LEE, et al.,** | Case No. 2:20-cv-01161-JAM-CKD |

16 Plaintiffs,
   **DEFENDANTS' NOTICE OF**
17 v.
   **WITHDRAWAL OF THEIR REQUEST**
   **FOR AN EXTENSION TO FILE A**
   **RESPONSIVE PLEADING (ECF NO. 44);**
18 **STIPULATION AND ORDER TO**
   **CALIFORNIA DEPARTMENT OF** **EXTEND TIME TO ANSWER THE**
19 **CORRECTIONS AND** **COMPLAINT**
   **REHABILITATION, et al.,**
20                                      Judge:        The Hon. John A. Mendez
                      Defendants.       Trial Date:   Not Set
21                                      Action Filed: June 9, 2020

22        Defendants Allison, Anderson, Austin, Diaz, Edmonds, Flynn, Freiha, Gipson, Gutierrez,

23  Kernan, Kraschel, Lozano, McGee, Mims, Newton, Nocerino, Page-Pressley, Ramachandran,

24  Sheffield, Surprise, Tebrock, Toche, and Walker hereby withdraw their request for a sixty-day

25  extension of time to file a responsive pleading in this action (ECF No. 44).  Defendants request

26

27  _____
          [1] The Attorney General's Office represents Defendant Harrison with respect to the federal
28  claims only.

                                              1

1  that the Court remove the scheduled January 12, 2021 hearing (*see* Amended Notice, ECF No.

2  49) from its calendar.

3  **STIPULATION**

4      Plaintiffs Estate of Lee and Mary Sandy, and Defendants Allison, Anderson, Austin, Diaz,

5  Edmonds, Flynn, Freiha, Gipson, Gutierrez, Kernan, Kraschel, Lozano, McGee, Mims, Newton,

6  Nocerino, Page-Pressley, Ramachandran, Sheffield, Surprise, Tebrock, Toche, and Walker,

7  stipulate under Local Rule 144(a) to an extension of time for Defendants Allison, Anderson,

8  Austin, Diaz, Edmonds, Flynn, Freiha, Gipson, Gutierrez, Kernan, Kraschel, Lozano, McGee,

9  Mims, Newton, Nocerino, Page-Pressley, Ramachandran, Sheffield, Surprise, Tebrock, Toche,

10  and Walker to file an answer in this action.  Under this stipulation, Defendants will not file a

11  motion to dismiss, and their answer is due on or before February 12, 2021.

12  Dated:  December 18, 2020                    Respectfully submitted,

13                                               HADSELL STORMER & RENICK LLP

14                                               */s/ Brian Olney*

15                                               BRIAN OLNEY
                                                 *Attorney for Plaintiffs (as authorized on*
16                                               *December 18, 2020)[2]*

17  Dated:  December 18, 2020                    XAVIER BECERRA
                                                 Attorney General of California
18                                               JOSEPH R. WHEELER
                                                 Supervising Deputy Attorney General
19                                               JAIME M. GANSON
                                                 Deputy Attorney General
20
21                                               */s/   Martha Ehlenbach*

22                                               MARTHA EHLENBACH
                                                 Deputy Attorney General
                                                 *Attorneys for Defendants CDCR, Allison,*
23                                               *Anderson, Austin, Diaz, Edmonds, Flynn,*
                                                 *Freiha, Gipson, Gutierrez, Harrison,*
24                                               *Kernan, Kraschel, Lozano, McGee, Mims,*
                                                 *Newton, Nocerino, Page-Pressley,*
25                                               *Ramachandran, Sheffield, Surprise, Tebrock,*
                                                 *Toche, and Walker*
26  SA2020302212 / 34677887

27  _____

28      [2] Plaintiffs' counsel gave his permission to affix his electronic signature to this stipulation
by email.  E.D. Cal. L.R. 131(e).

2

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

# ORDER

Defendants Allison, Anderson, Austin, Diaz, Edmonds, Flynn, Freiha, Gipson, Gutierrez, Kernan, Kraschel, Lozano, McGee, Mims, Newton, Nocerino, Page-Pressley, Ramachandran, Sheffield, Surprise, Tebrock, Toche, and Walker shall file their answer on or before February 12, 2021.

**IT IS SO ORDERED.**

DATED:  December 18, 2020                    /s/ John A. Mendez
_____
                                             THE HONORABLE JOHN A. MENDEZ
                                             UNITED STATES DISTRICT COURT JUDGE